# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRICK TAYLOR

NO. 2020 KW 0407

**JULY 06, 2020**

---

In Re:    Demetrick Taylor, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-11-0939.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT